# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN MOSER,<br><br>          Plaintiff<br><br>    v.<br><br>ENVIRONMENT STONEWORKS, et al.,<br><br>          Defendants. | CIVIL ACTION NO. 3:21-CV-1332<br><br>(MEHALCHICK, M.J.) |

## ORDER

**AND NOW**, this 16th day of November, 2021, **IT IS HEREBY ORDERED** that having heard from counsel (Doc. 12) Environmental StoneWorks, LLC is hereby **DISMISSED** with prejudice.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**